1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant U.S. Attorney
5
     450 Golden Gate Ave (11th Floor)
6    San Francisco, CA 94102
     Telephone: (415) 436-7359
7    Facsimile: (415) 436-7234

8  Attorneys for the United States

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

                                                    4-07-70361 WDB
12 UNITED STATES OF AMERICA,         )    CRIMINAL NO. 4-06-70803
13         Plaintiff,                )
                                     )
14                                   )    NOTICE OF PROCEEDINGS ON
       v.                            )    OUT-OF-DISTRICT CRIMINAL
15                                   )    CHARGES PURSUANT TO RULES
                                     )    5(c)(2) AND (3) OF THE FEDERAL RULES
16    Horry Flores                   )    OF CRIMINAL PROCEDURE
          Defendant.                 )
17                                   )
                                     )
18 _____ )

19     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

20 Procedure that on  6/15/07, the above-named defendant was arrested based upon an

21 arrest warrant (copy attached) issued upon an

22     ☐ Indictment

23     ☐ Information

24     ☐ Criminal Complaint

25     ☒ Other (describe) Petition For Action on Conditions of Pre-trial Release

26 pending in the _____ District of Nevada, Case Number 3:06-CR-187

27

28

                                          1

1 | In that case, the defendant is charged with a violation(s) of Title(s) ____ United States Code,
2 | Section(s) ____ .
3 | Description of Charges: <u>Failure to Maintain Conditions of Pre-trial</u>
4 | <u>Release - Maintain residence at Cornell Corr.</u>

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

Date: 6/15/07

*/s/ Denise M Barton*

Denise Marie Barton
Assistant United States Attorney

2

**COPY**

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of ____NEVADA____

4-07-70802 MAG

UNITED STATES OF AMERICA

v.

HARRY FLORES

**WARRANT FOR ARREST**

Case Number: 3:06-cr-00187-BES-RAM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____HARRY FLORES____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☑ Pretrial Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISION.

in violation of Title __18__ United States Code, Section(s) __3148(b)__

Daniel R. Morgan
Name of Issuing Officer

**DANIEL MORGAN**
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

6/12/2007  RENO, NEVADA
Date  Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _Cornell Corrections Oakland_

| DATE RECEIVED 6/13/07 | NAME AND TITLE OF ARRESTING OFFICER DAVID ZANCA CFDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6/13/07 | | |

Case 3:06-cr-00187-BES-RAM    Document 25-1 *SEALED*    Filed 06/12/2007    Page 1 of 5

Case 3:06-cr-00187-BES-RAM    Document 24-1 *SEALED*    Filed 06/12/2007    Page 1 of 2

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

FILED / ENTERED
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
JUN 12
RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
DEPUTY

U.S.A. vs. HARRY FLORES      Docket No. 3:06-CR-187-BES-RAM

Petition for Action on Conditions of Pretrial Release

COMES NOW MARY KATHRYN BAKER, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant HARRY FLORES, who was placed under pretrial release supervision by the Honorable ROBERT A. McQUAID, JR. in the Court at Reno, on February 12, 2007, on a personal recognizance bond, with the following conditions:

Pretrial Services supervision; Maintain employment; Maintain residence at Cornell Corrections Halfway House; Refrain from possessing a firearm or dangerous weapon; Refrain from use of illegal drugs to include medical marijuana; Submit to drug testing; and, Participate in substance abuse treatment as approved by Pretrial Services.

Respectfully presenting petition for action of Court and for cause as follows:

The defendant has failed to comply with the following conditions:
1.    Maintain residence at Cornell Corrections Halfway House.

PRAYING THAT THE COURT WILL ORDER: A WARRANT BE ISSUED FOR VIOLATION OF PRETRIAL RELEASE PURSUANT TO 18 USC 3148(b).

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this ___ day of ____, 2007 and ordered filed and made a part of the records in the above case. | Executed on this 12th day of June, 2007. Respectfully Submitted, |
| _____ Honorable United States Magistrate Judge | /s/_____ United States Pretrial Services Officer |

Place: Reno, NV

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court
By _____ Deputy Clerk

UNITED STATES OF AMERICA

06/14/2007 11:19 5105373674
06/13/2007 09:13 7706660794

Case 4:07-mj-70361-WDB     Document 1     Filed 06/21/2007     Page 5 of 6     PAGE 10/11
USMS OAKLAND
US MARSHALS SERVICE                                                PAGE 04/05

Case 3:06-cr-00187-BES-RAM     Document 25-1 *SEALED*     Filed 06/12/2007     Page 2 of 5

Case 3:06-cr-00187-BES-RAM     Document 24-1 *SEALED*     Filed 06/12/2007     Page 2 of 2

### HARRY FLORES
### 3:06-CR-187-BES-RAM

### VIOLATION OF PRETRIAL RELEASE CONDITIONS

1. **Maintain residence at Cornell Corrections Halfway House.** Mr. Flores is being supervised by the Pretrial Services Office in Northern District of California, Oakland. That office has related that this defendant can no longer be housed at Cornell Corrections due to the fact he has tested positive two times for alcohol use, April 4, 2007, and June 12, 2007.

Mr. Flores is scheduled for trial on August 21, 2007.

A criminal record check revealed no new criminal arrests.

APPROVED:

_____/s/_____
James J. Kingera, Supervisor

Case 3:06-cr-00187-BES-RAM   Document 25-1 *SEALED*   Filed 06/12/2007   Page 3 of 5

Case 3:06-cr-00187-BES-RAM   Document 24-2 *SEALED*   Filed 06/12/2007   Page 1 of 1

STEVE W. MYHRE, ACTING
United States Attorney
WILLIAM R. REED
Assistant United States Attorney
100 W. Liberty, Suite 600
Reno, NV 89501
(775) 784-5438

UNITED STATES DISTRICT COURT
District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> HARRY FLORES ) <br> _____ ) <br> Defendant ) | Case No. 03:06-CR-187-BES-RAM <br><br> PETITION FOR ACTION <br> ON CONDITIONS OF <br> PRETRIAL RELEASE |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Officer Name Here, Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this ____ day of June, 2007.

STEVE W. MYHRE, ACTING
United States Attorney

By ___\s\___
William R. Reed
Assistant U. S. Attorney