UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

June 25, 2007



Office of the Clerk
U.S. District Court, District of Nevada
333 Las Vegas Blvd., South
Las Vegas, NV 89101

Case Name:     US-v-Harry Flores
Case Number:   4-07-70361-WDB        District of Nevada #3:06-cr-187
Charges:       18:3148(b) Violation of Pretrial Release Conditions

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Bernard Zimmerman . The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
    original Rule 5 affidavit
    certified copy of *AO 94, Commitment to Another District*

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

Enclosures
cc: Financial Office

------------------------------------------------------------------------------------

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Date: _____        CLERK, U.S. DISTRICT COURT

                                     By _____
                                          Deputy Clerk